UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARVIN WALLACE                                CIVIL ACTION

VERSUS                                        NUMBER: 08-1438

N. BURL CAIN                                  SECTION: "I"(5)

**O R D E R**

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the parties to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that petitioners's motion to stay these proceedings is granted and that the Clerk of Court mark this action closed for statistical purposes.

**IT IS FURTHER ORDERED** that the Court retain jurisdiction in this matter and that petitioner is allowed to file a motion to reopen these proceedings, along with an amended habeas corpus

petition incorporating his exhausted DNA claim, within thirty (30) days after exhaustion of that claim in the Louisiana courts.

New Orleans, Louisiana, this __4th__ day of February, 2009.

> _____
> LANCE M. AFRICK
> UNITED STATES DISTRICT JUDGE