UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARVIN WALLACE                                                          CIVIL ACTION

VERSUS                                                                  NUMBER: 08-1438

N. BURL CAIN                                                            SECTION: "A"(5)

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Marvin Wallace for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DISMISSED WITH PREJUDICE**.

July 9, 2013

_____
UNITED STATES DISTRICT JUDGE